UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-80295 COHN/SELTZER

RAVEN CAMERON,
on her own behalf and
others similarly situated,

        Plaintiff,

v.

CARON FOUNDATION OF FLORIDA, INC.,
a Pennsylvania Corporation, d/b/a
THE RENAISSANCE INSTITUTE
OF PALM BEACH,

        Defendants.
_____/

## ORDER SETTING TELEPHONIC HEARING

**THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Settlement Agreement and Release, Set Telephonic Hearing, and to Dismiss with Prejudice [DE 20] ("Joint Motion"). The Court has carefully reviewed the Joint Motion, the parties' confidential settlement agreement, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that a hearing on the parties' Joint Motion to Approve Settlement Agreement and Release, Set Telephonic Hearing, and to Dismiss with Prejudice [DE 20] is set for 9:30 a.m. on Tuesday, April, 27, 2010 in Courtroom 207A of the United States Courthouse, 299 East Broward Blvd., Fort Lauderdale, Florida to determine if the parties' settlement agreement is fair pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of April, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.